JS-6

NOTE: CHANGES MADE BY THE COURT

1  Steven R. Feldstein (SBN 59354)
   *sfeldstein@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
3  Menlo Park, California 94025-1105
   Tel.: 650.752.3100
4  Fax: 650.853.1038

5  Attorneys for Defendants
   **Rosendin Electric, Inc.**
6  **and Mike Gerez**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| SHERMAN DRAPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROSENDIN ELECTRIC, INC., a California Corporation in good standing; MIKE GEREZ, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 10-2539-VBF(CWx)<br><br>**[PROPOSED]** **ORDER AND JUDGMENT**<br><br>Date:         January 31, 2011<br>Courtroom: 9<br>Judge:        Hon. Valerie Baker Fairbank |

///

///

///

**[PROPOSED] ORDER AND JUDGMENT**
**CASE No. CV10-2539-VBF(CWx)**
LIBB/1726688.2

The Court having considered the pleadings, evidence presented, and memoranda and points of authorities filed by the parties, and in accordance with the findings of fact and conclusions of law contained in the Court's Order issued on January 11, 2011 Granting Defendant Rosendin Electric, Inc.'s Motion for Summary Judgment; and

As the Court hereby finds that service of the summons and complaint has not been made on defendant Mike Gerez within 120 days of the filing of the complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure, the Court having provided due notice to plaintiff that this action would be dismissed against defendant Mike Gerez unless plaintiff showed good cause for the failure to properly serve defendant Mike Gerez in this action no later than January 24, 2011, and no good cause having been shown;

The Court HEREBY ORDERS, ADJUDGES AND DECREES that:

Judgment is entered in favor of Defendant Rosendin Electric, Inc. on all causes of action.

This action is dismissed with prejudice as to Defendant Rosendin Electric, Inc.

This action is dismissed without prejudice as to unserved defendant Mike Gerez on all causes of action;

This Court shall retain jurisdiction of this action for the purpose of deciding whether to award costs and attorneys' fees, as appropriate.

Dated:  2-1-11

_____
HON. VALERIE BAKER FAIRBANK
United States District Judge

- 1 -

[PROPOSED] ORDER AND JUDGMENT
CASE No. CV10-2539-VBF(CWx)

LIBB/1726688.2

| | | |
|---|---|---|
| 1 | Dated: January 31, 2011 | PRESENTED BY: |
| 2 | | /s/ Steven R. Feldstein |
| 3 | | Steven R. Feldstein (SBN 59354) |
| | | *sfeldstein@goodwinprocter.com* |
| | | GOODWIN PROCTER LLP |
| 4 | | 135 Commonwealth Drive |
| | | Menlo Park, California  94025-1105 |
| 5 | | Tel.: 650.752.3100 |
| | | Fax: 650.853.1038 |
| 7 | | Attorneys for Defendants |
| | | Rosendin Electric, Inc. and Mike Gerez |

- 2 -

[PROPOSED] ORDER AND JUDGMENT
CASE No. CV10-2539-VBF(CWx)

LIBB/1726688.2